# James P. Vacca

**Attorney and Counselor at Law**
The Wilder Building
One East Main Street
Suite 805
Rochester, New York 14614
Telephone: (585) 423-0110
Facsimile: (585) 423-0111
E-Mail: jamespvacca@frontiernet.net

**BY FACSIMILE TRANSMISSION**
**(585) 423-0111 to (585) 613-4065**

Honorable Michael A. Telesca
United States District Court
Western District of New York
272 United States Courthouse
100 State Street
Rochester, New York 14614

Re:  *U.S. v. Gregory Graves*
     01-CR-6051

Dear Judge Telesca,

Pursuant to this Court's scheduling order, the defense has until May 5, 2006 to file any responsive pleading to the Government's motion. I still need additional time to review the various and voluminous paperwork, motions, briefs and transcripts filed in this case, and I need additional time to finalize the defendant's legal argument with regards to this matter.

In light of these developments, I would request to have the defense responsive pleading filings adjourned until June 5, 2006. I remain,

Very truly yours,

James P. Vacca

JPV/
pc:  Brett A. Puscheck, Esq.
         Assistant United States Attorney
     Gregory Graves
         file

**SO ORDERED:**
5/__4__/2006                S/MICHAEL A. TELESCA
                            _____
                            **HON. MICHAEL A. TELESCA**
                            **United States District Judge**