# James P. Vacca
### Attorney and Counselor at Law
The Wilder Building
One East Main Street
Suite 805
Rochester, New York 14614
Telephone: (585) 423-0110
Facsimile: (585) 423-0111
E-Mail: jamespvacca@frontiernet.net

June 14, 2006

**BY FACSIMILE TRANSMISSION
(585) 423-0111 to (585) 613-4065**

Honorable Michael A. Telesca
United States District Court
Western District of New York
272 United States Courthouse
100 State Street
Rochester, New York 14614

Re:   *U.S. v. Gregory Graves*
      01-CR-6051

Dear Judge Telesca,

Pursuant to this Court's Amended Scheduling Order, the defense has until June 15, 2006 to file any responsive pleading to the Government's motion to dismiss. I still need additional time to review the various and voluminous paperwork, motions, briefs and transcripts filed in this case, and I need additional time to finalize the defendant's legal argument with regards to this matter. In addition, because of my busy court schedule as of late, I have not been able to complete the necessary work on this case. Please accept my apologies in this regard.

In light of this situation, I would request to have the defense responsive pleading filings adjourned until June 22, 2006. I remain,

Very truly yours,

James P. Vacca

JPV/
pc:   Brett A. Puscheck, Esq., Assistant United States Attorney
      Gregory Graves

SO ORDERED:
6/ 14 /2006

S/MICHAEL A. TELESCA
_____
**HON. MICHAEL A. TELESCA**
**United States District Judge**